AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| Anthony Ronchi | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| M. Burns, Charles Korherr, Sergeant Fasdick, et. al. | ) | |
| *Defendant* | ) | |

COPY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Town of Webster
1000 Ridge Road
Webster, NY 14580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elmer Robert Keach, III, Esquire
Law Offices of Elmer Robert Keach, III
1040 Riverfront Center
P. O. Box 70
Amsterdam, NY 12010
518.434.1718, bobkeach@keachlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Town of Webster

was received by me on *(date)* June 6, 2012.

☒ I personally served the summons on the individual at *(place)* 1000 Ridge Rd. Webster NY 145 by leaving with Barbara J. Ottenschot on *(date)* June 8, 2012 ; or at 10:27am

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
I also mailed a copy via regular mail on June 11, 2012

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/12/12

*Server's signature*

Jm Gorankoff
*Printed name and title*

NICHOLAS D. HINKS
No. 01HI6244145
Notary Public, State of New York
Qualified in Wayne County
My Commission Expires 07/05/2015

1 E. Main St. Ste 808
Rochester NY 14614
*Server's address*

## Town of Webster, New York
WEBSITE: WWW.Ci.webster.ny.us

### BARBARA J. OTTENSCHOT
Town Clerk/Tax Receiver

1000 Ridge Road           Telephone: (585) 872-7060
Webster, New York 14580-2791    Fax: (585) 872-7058
Email: bottenschot@ci.webster.ny.us